## ELLSTON and Others *v.* SCOTT.

APPEAL from the *Carroll* Common Pleas.

*Per Curiam.*—This case is affirmed, on the authority of *Allen et al. v. Davison*, 16 Ind. 416, and *Rosser et al. v. Barnes*, Id. 502. The only point raised by the appellants' counsel, is upon the interrogatories. We discover no error in the case.

Affirmed, with one per cent. damages and costs.

*F. J. Mattler*, for the appellants.

*Huff, Jones*, and *Stewart*, for the appellee.